# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2648

_____

Joseph Dixon,               *
                                   *
           Appellant,     *
                                   *
     v.                       *
                                   *
City of Minneapolis; Minneapolis    *    Appeal from the United States
Police Department; Minneapolis      *    District Court for the District
Water Department; Inspection       *    of Minnesota.
Department; Minneapolis Public     *
Housing Authority; Hennepin County   *      [UNPUBLISHED]
Attorney's Office; Cathy Caldwell,    *
Tenant; Therel Caldwell; Kimika     *
Straub, Tenant's daughter,         *
                                   *
           Appellees.     *

_____

Submitted: May 24, 2005
Filed: May 31, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Joseph Dixon appeals the district court's[*] adverse grant of summary judgment in Dixon's civil rights action. The action is one in a series of state and federal actions by Dixon against the City of Minneapolis and Hennepin County, Minnesota, among others, asserting claims stemming from his past ownership of a residential duplex. Following careful review, we affirm the judgment of the district court for the reasons outlined in the magistrate judge's report. See 8th Cir. R. 47B.

————————————————

[*]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Aruthur J. Boylan, United States Magistrate Judge for the District of Minnesota.